IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
01 SEP 11 AM 9:41
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Jan D. Fowler, Plaintiff

-vs-

Summa Health System, Defendant(s)

525 E. Market St.
Akron, OH. 44309

5:01CV 2160

JUDGE POLSTER

MAG. JUDGE GALLAS

COMPLAINT

42: 1983 ÷ 42: 2000e

I am seeking restitution for termination due to a physical disability and wrongful termination.

I was diagnosed in Nov. 98 with Bi-Lateral Carpel Tunnel by my Internal Medicine physician, Dr. Erwin Moseeiall. This is a condition, in Dr. Moseeiall's medical opinion, that was directly related to the job I performed while at Summa Health System as an Accounts Payable Representative for approx. 8 yrs.. This job entailed 8-10 hrs. of continuous data entry. In Feb. 99 my hand specialist Dr. Nina Njus requested an ergonomic work station evaluation be done. This evaluation was finally completed sometime in May after Dr. Njus gave me job restrictions on 3/30/99 because the ergonomic study had not been done. As a result to the doctor's restrictions, I received a phone call at home telling me to report to employee health the next morning before reporting to my work location. When I went there my return to work was denied, this was after I returned to work the day before and finished out the day. Eventually I was allowed to return only after the restrictions were lifted by the doctor, once she returned from

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jan D. Fowler<br>Plaintiff | ) ) ) ) ) CASE NO. _____<br>) ) )<br>) JUDGE _____ |
| -vs- | ) ) ) |
| Summa Health System,<br>Defendant(s)<br>525 E. Market St.<br>Akron, OH. 44309 | ) ) ) COMPLAINT<br>) 42: 1983 ¢ 42: 2000e |

vacation.

Events leading up to my termination, which took place 4 hrs. after my FMLA papers were submitted, lead to frequent emergency room trips, and doctor office visits, because of high blood pressure/depression/anxiety. My Internal Medicine doctor spoke of how wrong the diferential treatment (eg. Needing to provide documentation showing the time I arrived at my physician's appt. and what time I left.). He offered to write a letter telling them to stop harassing me, I declined his offer, but he wrote a short summary anyway. No one else in my dept. has ever been required to submit such documentation. Nor has anyone's physician been called as my physicians were.

I am seeking a monetary compensation award for these actions and for other wrongful acts because of a work-related injury and for mental anguish resulting from wrongful acts.